JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TOM LOUX,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT OF WELFARE, DIVISION OF CHILD AND FAMILY SERVICES, STATE OF NEVADA, ex rel., ITS DEPARTMENT OF INFORMATION TECHNOLOGY, MADELINE MAIRE, in her individual capacity,

    Defendants.

CASE NO. CV-03-0240-DWH-(VPC)

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME
(FIRST REQUEST)

The parties through their undersigned counsel of record hereby stipulate and agree that the parties may and should have an extension of time of thirty (30) days in which to prepare and file the Pretrial Order from its current due date of January 11th, 2006 to and including

///
///
///
///
///
///
///
///

February 11th, 2006.

**APPROVED AS TO FORM AND CONTENT**

DATED 1/30/06

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 1/30/06

OFFICE OF THE ATTORNEY GENERAL
GEORGE CHANOS, ATTORNEY GENERAL

_____
ANDREA NICHOLS
Counsel for Defendant

ORDER

IT IS SO ORDERED nunc pro tunc this 27th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664