UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOM LOUX, | |
|     Plaintiff, | 3:03-CV-00240-LRH (VPC) |
| v. | **O R D E R** |
| STATE OF NEVADA, ex rel., ITS DEPARTMENT OF WELFARE, DIVISION OF CHILD AND FAMILY SERVICES, STATE OF NEVADA, ex rel., ITS DEPARTMENT OF INFORMATION TECHNOLOGY, MADILYN MAIRE, in her individual capacity, | |
|     Defendants. | |

It appearing that the parties have been unable to agree on a Joint Pretrial Order that would satisfy the requirements of LR 16-3, and in particular, Section 16-3(8) through (11) of the rule, and good cause appearing,

IT IS HEREBY ORDERED that within thirty (30) days of the entry of this order, the parties shall meet and confer concerning the identification of all exhibits, portions of depositions to be offered, and identification of witnesses for trial as more specifically required by LR 16-3(8) through (11). At such meeting, each party shall produce all exhibits that each party proposes to introduce and all portions of deposition testimony proposed to be offered in evidence at trial.

The parties shall thereupon mutually agree upon a Joint Pretrial Order. A Joint Pretrial

1 | Order in complete compliance with LR 16-3 shall be filed within ten (10) days following the
2 | meeting of counsel.  If the parties are unable to agree upon a Joint Pretrial Order, they should notify
3 | the court and an appropriate pretrial conference will be scheduled.  Sanctions may be imposed for
4 | any violations of good faith as may be determined by the court.
5 |     This action will not be set for trial until further order of the court.
6 |     IT IS SO ORDERED.
7 |     DATED this 8th day of June, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2